IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SUSAN LANGE**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **06-569-JPG** |
| | ) |
| **RESERVE NATIONAL INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is defendant's Motion to Compel or, in the Alternative, to Bar.  **(Doc. 23)**.

Defendant seeks an order compelling plaintiff to serve her initial disclosures and to answer defendants's written discovery requests.  In her response, plaintiff states "At the time defendant made the motion, the answers to the discovery requested were already in the mail."  **See, Doc. 25, ¶1**.  That statement appears to be incorrect.  The motion to compel was filed on November 30, 2006.  However, plaintiff's initial disclosures and document production were not mailed to defendant until December 28, 2006.  **See, letter from plaintiff's counsel, exhibit C to Doc. 24.**  That letter states that plaintiff's interrogatory answers would be mailed after plaintiff signed the verification.

It appears that the motion to compel is now moot.  However, plaintiff is hereby warned that she must comply with the amended schedule which has been entered today.  Any further failure to timely respond to discovery requests will subject her to sanctions, which may include monetary sanctions and dismissal of her case.

1

Upon consideration and for good cause shown, Motion to Compel, or in the Alternative, to Bar **(Doc. 23)** is **DENIED as moot**.

**IT IS SO ORDERED.**

**DATE: February 27, 2007.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**