IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUSAN LANGE, )
 )
   Plaintiff, )
 )
v. ) NO. 06-cv-0569-JPG-CJP
 )
RESERVE NATIONAL INSURANCE CO., )
 )
   Defendant. )

# JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

   **Dated: April 18, 2008**

                                **NORBERT JAWORSKI, CLERK**

                                **s/Brenda K. Lowe, Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
              **U. S. DISTRICT JUDGE**